# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| VINCENT MANUEL CANTU,<br>        Plaintiff(s),<br>v.<br>ERIC MCCOY,<br>        Defendant(s). | Case No. 2:24-cv-00620-MMD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Moreover, although Defendant filed a motion to dismiss or for summary judgment, Docket No. 6, a request to stay discovery has not been filed, *cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending").

Accordingly, if a stay of discovery is sought, then a request for that relief addressing the governing standards must be filed by June 21, 2024. If such a request is not filed, then the parties must file a joint discovery plan by June 28, 2024.

IT IS SO ORDERED.

Dated: June 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1